## GENERAL DOCKET

19194—Frank E. Surman et al v. Frank H. Surman. Error to Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Allen, J., not participating. Dock. 6-9-25; 3 Abs. 386; OA. 3 Abs. 395.

19395—Youngstown and Suburban Ry. Co. v. Mabel Foulk. Error to Mahoning Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade, and Robinson, JJ., concur. Dock. 10-26-25; 3 Abs. 674.

19500—Catherine Bowers by etc. v. Francis Bowers. Error to Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-19-25; 4 Abs. 24; OA. 4 Abs. 4.

## MOTION DOCKET

19209—John A. O'Malley v. Theodore John O'Malley, Jr., et al; motion for Cuyahoga Appeals to certify. Dismissed on motion of plaintiff in error. Dock. 6-16-25; 3 Abs. 401; OA. 3 Abs. 639.

19458—Alda Rudy v. Lakeside Hospital; motion for Cuyahoga Appeals to certify. Allowed. Dock. 12-7-25; 3 Abs. 762; OA. 3 Abs. 748.

19559—Andy Hozsuch v. St. Clairsville Un. Cemetery assn; motion for Belmont Appeals to certify. Overruled. Dock. 1-11-26; 4 Abs. 56; OS. Pend. 4 Abs. 149.

19618—S. L. Ghaster v. City of Fostoria et al; motion by plaintiff to dispense with printing certain exhibits. Allowed. Dock. 2-8-26; 4 Abs. 112.

19640—Valentine Drabik v. Katarzyna Burzych; motion for Lucas Appeals to certify. Overruled. Dock. 2-24-26; 4 Abs. 160; OA. 3 Abs. 155.

19653—Michigan Auto Ins. Co. v. John Van Buskirk; motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-2-26; 4 Abs. 160.

19660—Cleveland Ry. Co. v. A. Dennison Williams; motion for Cuyahoga Appeals to certify. Allowed. Dock. 3-3-26; 4 Abs. 176.

19662—Cleveland Ry. Co. v. Nora Anderson; motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-4-26; 4 Abs. 176.

19663—Bridget Enright, admx. v. B. & O. Rd. Co.; motion for Montgomery Appeals to certify. Overruled. Dock. 3-4-26; 4 Abs. 176; OA. 4 Abs. 218.

19668—Central Casualty Co. v. Geraldine Fleming; motion for Stark Appeals to certify. Overruled. Dock. 3-6-26; 4 Abs. 176.

19669—Mary L. Cooper v. Beatrice Howes et al; motion for Ashtabula Appeals to certify. Overruled. Dock. 3-8-26; 4 Abs. 176.

19674—H. Melvin Roberts et al v. T. J. Montgomery et al; motion for Cuyahoga Appeals to certify. Allowed. Dock. 3-9-26; 4 Abs. 176.

19677—Merritt A. Vinson v. State of Ohio; motion for leave to file bill of exceptions to Cuyahoga Common Pleas. Overruled. Dock. 3-10-26; 4 Abs. 192.

19681—Louisa Boehm v. Columbus Ry. Power & Light Co.; motion for Franklin Appeals to certify. Overruled. Dock. 3-11-26; 4 Abs. 192.

19682—Cincinnati Tract. Co. v. Ella G. Klinkenberg, administratrix; motion for Hamilton Appeals to certify. Overruled. Dock. 3-11-26; 4 Abs. 192; OS. Pend. 4 Abs. 243.

19684—Nettie Kunkle et v. Michael Popowich et; motion for Tuscarawas Appeals to certify. Overruled. Dock. 3-11-26; 4 Abs. 192; OS. Pend. 4 Abs. 192; OS. Pend. 4 Abs. 243.

19686—Harry Hecht v. S. S. Kresge Co.; motion for Hamilton Appeals to certify. Overruled. Dock. 3-12-26; 4 Abs. 192.

19708—Emory Easton v. H. J. Wilcox, administrator; motion for Trumbull Appeals to certify. Overruled. Dock. 3-23-26; 4 Abs. 208.

19736—State, ex Retirement Board v. Board of Education of Bryan (Vill.) School District. In Mandamus. Plaintiff's claim satisfied. Judgment against defendant for costs.

19737—State, ex Retirement Board v. Board of Education of Bryan (Vill.) School District. In Mandamus. Plaintiff's claim satisfied. Judgment against defendant for costs.

19741—State of Ohio v. Solomon Peskind; motion for leave to file bill of exceptions to Cuyahoga Common Pleas. Overruled. Dock. 4-3-26; 4 Abs. 238.

## Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI

#### No. 355

No. 19500—Catherine Bowers, a minor, by etc., v. Francis Bowers. Error to the Court of Appeals of Hamilton county.

413. DIVORCE AND ALIMONY—Imprisonment in a prison or being sentenced thereto is by 11979 GC. a ground for divorce, providing petition is filed during imprisonment.

MARSHALL, C. J.

Imprisonment in any state prison under sentence thereto upon a conviction of a felony is, by virtue of section 11979, General Code, a ground for divorce, provided a petition therefor be filed during imprisonment.

Judgment reversed.

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.

#### No. 356

No. 19395—The Youngstown & Suburban Railway Company v. Mabel Faulk. Error to the Court of Appeals of Mahoning County.

941. PRACTICE & PROCEDURE—It is error for a trial judge to overrule a motion for a new trial when no proof or evidence is introduced as to defendants negligence.

460. ERROR—Where no evidence is introduced to show defendants negligence it is reversible error for trial judge to overrule a motion for a new trial.

KINKADE, J.